UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:22-cv-14345-DMM

LAUREN PEOPLES, for herself and
on behalf of those similarly situated,

    Plaintiffs,

TURTLEFTPIERCE, LLC, a Florida
Limited Liability Company, d/b/a
THIRSTY TURTLE SEAGRILL,
PANHANDLERS, INC., a Florida Profit Corporation,
d/b/a THIRSTY TURTLE SEAGRILL,
TURTLE SPORT, INC., a Florida Profit Corporation,
d/b/a THIRSTY TURTLE SEAGRILL,
TURTLE PARTNERS, LLC, a
Florida Limited Liability Company,
d/b/a THIRSTY TURTLE SEAGRILL.

    Defendants.
_____/

## MEDIATOR'S REPORT

    COMES NOW, the undersigned certified Mediator, Cathleen Scott, and reports to this Honorable Court:

    Mediation was held on February 2, 2023, the parties reached a resolution in full.

    The Plaintiff was present via Zoom video conference with their counsel in person.

Defendants were present together with counsel.

    Dated this 3rd day of February 2023.

                        s/Cathleen Scott
                        Cathleen Scott, Esq.
                        Florida Bar No. 135331
                        Primary e-mail: CScott@scottlawteam.com
                        Secondary e-mail: mail@scottlawteam.com
                        SCOTT LAW TEAM, LLC.

Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottLawTeam.com